# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 21st day of October, 2015, the cause upon appeal to revise or reverse your judgment between

**BROWN-EYE GIRL, LLC D/B/A LEIGH OLIVER'S, AND BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AS ASSIGNEE OF GOURMET RESOURCES, LLC AND ALEXANDRA WEEKS, INDIVIDUALLY AND D/B/A GOURMET RESOURCES, LLC,**
**Appellants**

**NO. 12-15-00175-CV; Trial Court No. 11-3019-B/S1**

By *per curiam* opinion.

**TRUCK INSURANCE EXCHANGE, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 17th day of December, 2015.

PAM ESTES, CLERK

By: *Katrina McClenny*
Chief Deputy Clerk